EDGAR S. APPLEBY et al., Individually and as Executors of CHARLES E. APPLEBY, Deceased, Appellants and Respondents, *v.* THE CITY OF NEW YORK et al., Respondents and Appellants.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 351.)

LAWRENCE EVERETT, Respondent, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion for re-argument denied. Motion to amend remittitur granted. Return of remittitur requested and when returned the same will be amended so as to award plaintiff costs in Trial Term and appellant costs of appeal in this court and Appellate Division. (See 236 N. Y. 62.)

In the Matter of the Claim of STATE TREASURER, Respondent, *v.* R. E. SHEEHAN COMPANY et al., Appellants.

*Workmen's compensation — workman fatally injured in course of his employment — award to state treasurer where he leaves none surviving entitled to compensation.*

*Matter of State Treasurer* v. *Sheehan Co.*, 206 App. Div. 726, affirmed.
(Submitted May 28, 1923; decided June 12, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1923, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. An employee of defendant Sheehan Company was injured while in the performance of his duties through the overturning of a wagon he was driving and died as a result of such injury. He left him surviving no person entitled to compensation. An award was,

therefore, made to the state treasurer under subdivisions 8 and 9 of the Workmen's Compensation Law.

*William H. Foster* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of Proving the Will of GEORGE W. PARSONS, Deceased.

FREDERICK BURGESS et al., Appellants; LOUIS A. McMILLAN et al., Respondents.

*Will — revocation — when writing across face of will sufficient to wholly revoke same.*

*Matter of Parsons (Will),* 204 App. Div. 879, affirmed.

(Argued May 28, 1923; decided June 12, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1922, which affirmed a decree of the Westchester County Surrogate's Court denying probate to a paper propounded as the last will and testament of George W. Parsons, deceased. The alleged will was dated March 1, 1873, was in the handwriting of the testator, and signed by testator and two subscribing witnesses. Across the face of the will testator had written, in letters of substantially the same size as those of the will,

"Will revoked.     This will is hereby revoked

"George W. Parsons     Geo. W. Parsons"

And underneath each signature a line was drawn. The surrogate found that the words and lines written by testator canceled, effaced and obliterated the entire will.

*Daniel Whitford* and *Clifton P. Williamson* for Frederick Burgess, appellant.

*George Zabriskie* and *George Gray Zabriskie* for William T. Manning, appellant.

*John G. Daniel* for respondents.